■ HARVEY KLORMAN, Appellant, v J. WALTER THOMPSON COMPANY et al., Respondents. — Order, Supreme Court, New York County (John Bradley, J.), entered on June 14, 1983, unanimously affirmed, without prejudice to an application at Special Term for leave to serve an amended complaint on evidence which complies with CPLR 3211 (subd [e]), without costs and without disbursements. No opinion. Concur — Asch, J. P., Silverman, Bloom, Fein and Kassal, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THERESA IMPERATI, Appellant. — Judgment, Supreme Court, Bronx County (Walter Schackman, J.), rendered on October 28, 1982, unanimously affirmed. The case is remitted to the Supreme Court, Bronx County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur — Asch, J. P., Silverman, Bloom, Fein and Kassal, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH MURPHY, Appellant. — Judgment, Supreme Court, New York County (Peter McQuillan, J.), rendered on February 10, 1982, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur — Kupferman, J. P., Sandler, Carro, Milonas and Alexander, JJ.

■ In the Matter of FOREST VISTAS CO. v ROBERT ABRAMS, as Attorney-General of the State of New York. — Motion for an injunction and other relief denied as superfluous. (See CPLR 5519, subd [a], par 1; General Business Law, § 352-e, subd 2.) Concur — Carro, J. P., Bloom, Fein, Milonas and Alexander, JJ.